This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**No. A-1-CA-40133**

**DOLORES HOFFMAN, as Trustee of the James M. Hoffman and Dolores G. Hoffman Family Trust Dated July 14, 1989,**

      Plaintiff-Appellee,

v.

**PATRICK SCAHILL,**

      Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF VALENCIA COUNTY**
**Cindy Mercer, District Judge**

The Garrison Law Firm, LLC
Jacob A. Garrison
Albuquerque, NM

for Appellee

Patrick Scahill
Los Lunas, NM

Pro Se Appellant

**MEMORANDUM OPINION**

**ATTREP, Judge.**

**{1}** Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired. **AFFIRMED.**

**{2}** **IT IS SO ORDERED.**

**JENNIFER L. ATTREP, Judge**

**WE CONCUR:**

**MEGAN P. DUFFY, Judge**

**SHAMMARA H. HENDERSON, Judge**